Minnie Weinstein, Appellee, v. Metropolitan Life Insurance Company, Appellant.

Gen. No. 42,441.

opinion filed May 1, 1944. Hoyne, O'Connor, Rubinkam &

Melaniphy, for appellant; Nathaniel Rubinkam and John C. Melaniphy, of counsel; Dent, Weichelt & Hampton, for appellee. Opinion by PRE-SIDING JUSTICE O'CONNOR. Not to be published in full.